IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )      8:14CR347
                             )
     v.                      )
                             )
LELAND BRETT SAUL,           )      ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on defendant's statement of objections (Filing No. 35) to findings and recommendation (Filing No. 34) of the magistrate judge. The Court has reviewed defendant's motion to dismiss (Filing No. 21), his brief (Filing No. 22), plaintiff's brief in opposition (Filing No. 24), and the transcript of the hearing (Filing No. 29). The Court finds the objections should be overruled and the findings and recommendation of the magistrate judge should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The findings and recommendation of the magistrate judge are approved and adopted.

2) The defendant's objections to said findings are overruled.

3) Defendant's motion to dismiss is denied.

4) Trial of this matter is scheduled for:

**Monday, April 20, 2015, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of counsel and of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between February 23, 2015, and April 20, 2015, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 23rd day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court