IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )           8:14CR347
                             )
       v.                    )
                             )
LELAND BRETT SAUL,           )           ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 50). The Court notes that defendant has filed a written waiver of speedy trial (Filing No. 51) and further notes that plaintiff has no objection to the continuance. Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Tuesday, May 26, 2015, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. It will accommodate the schedule of counsel and of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between April 22, 2015, and May 26, 2015, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 17th day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court